FILED 28 FEB '22 10:19 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Eugene _____ DIVISION

---

*Andrew Barnett, Lawson Rankin,*
*Daniel Kessler, and Gavin Epperson*

*(Enter full name of plaintiff)*

Plaintiff,

v.

*Deputy Beutler*

*Sheriff Landers*

*Governor Brown*

*(Enter full name of ALL defendant(s))* *All in original capacity*

Defendant(s).

Civil Case No. ___6:22-cv-00319-MC___
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒Yes    ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

Plaintiff

Name: *Andrew Barnett*

Street Address: *251 W. Olive St.*

City, State & Zip Code: *Newport, OR 97365*

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: _Deputy Page Beutler_

Street Address: _225 W. Olive st._

City, State & Zip Code: _Newport, OR 97365_

Telephone No.: _(541) 265 - 4277_

**Defendant No. 2**    Name: _Sheriff Curtis Landers_

Street Address: _225 W. Olive st._

City, State & Zip Code: _Newport, OR 97365_

Telephone No.: _(541) 265 - 4277_

**Defendant No. 3**    Name: _Governor Kate Brown_

Street Address: _900 Court st. NE_

City, State & Zip Code: _Salem, OR 97301_

Telephone No.: _(503) 378 - 4582_

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

1st 4th 5th 6th and 14th U.S. Constitution Amendments and Oregon Constitution Article 1 § 9, 10, 11, and 12 are in violation.

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

All Plaintiffs' allege that Defendant Beutler has on more then one occasion took and/or destroyed a quantity of each of our legal materials, including but not limited to discovery in our current criminal case(s) without a search warrant.

Plaintiff Barnett also alleges Defendant Beutler, in retaliation for complaining of the above, planted contraband.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Defendant Landers is the sheriff at the Lincoln County Jail, and is responsible for hiring and training. Because

Landers possessed a sufficiently culpable state of mind when he hired and failed to train Defendant Beutler; coupled with failing to stop his unconstitutional searches, he acted in conformity with deliberate indifference.

### Claim III

*State here as briefly as possible the* <u>facts</u> *of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Pre-trial detainees are entitled to due process and to be free from punishment. Defendant Brown is in charge of ensuring County Sheriffs in Oregon follow the law and constitutions; she is indirectly responsible for this claim which amounts to due process and punishment violations.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2013]

4

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒Yes          ☐No

## V.  RELIEF

State **briefly** exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

Plaintiff requests the Court grant the following:

(1. Declare that Defendants' violated the plaintiffs' constitutional rights stated herein

(2. Punitive damages and/or monetary compenstation for 100,000.⁰⁰ U.S.D. against Defendants to be awarded to plaintiff (each).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __February__, 20__22__.

_(Signature of Plaintiff)_

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

5